RIVER PARK HOMES CORPORATION, RESPONDENT, v.
D. STANTON HAMMOND ET AL., APPELLANTS.

Submitted February 17, 1939—Decided April 21, 1939.

For the respondent, *Abraham I. Bluestein.*

For the appellants, *Joseph V. Fumagalli* and *Peter Hofstra.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 12.

*For reversal*—None.